UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PENN-AMERICA INSURANCE COMPANY, )<br>    Plaintiff, )<br>)<br>)<br>)<br>V. )<br>)<br>CHARLEY'S PLACE, INC. and )<br>CHARLES DICHIARO, SR., )<br>    Defendants. ) | C.A. No. 1:17-cv-00190 |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ENTRY OF DEFAULT JUDGMENT

This matter came on for hearing before the Court, Chief Justice Smith presiding, on October 23, 2017 on Plaintiff, Penn-America Insurance Company's Motion for Entry of Default Judgment.

After hearing thereon, and in consideration thereof, it is hereby

**ORDERED**

1. Plaintiff's Motion is granted.

2. Default Judgment may enter in favor of Plaintiff and against Defendants.

ENTERED:                                    PER ORDER,

_____              _____
~~JUSTICE~~                                        CLERK

Dated: __11/9/17__

Presented by:

/s/ Paul S. Callaghan, Esq.
Paul S. Callaghan, Esq.
HIGGINS, CAVANAGH & COONEY, LLP
10 Dorrance Street, Suite 400
Providence, RI 02903-3987
(401) 272-3500
pcallaghan@hcc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2017, a true and accurate copy of the within document was filed electronically through the Court's CM/ECF System and was served by first class mail, postage prepaid, on the following individuals/entities:

Charley's Place, Inc.
158 First Avenue
Woonsocket, RI 02895

Charles DiChiaro, Sr.
296 Fairmount Street, #1
Woonsocket, RI 02895

Parties may access this filing through the Court's CM/ECF System.

/s/ Paul S. Callaghan